# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

### CIVIL NO. 2:06CV19

| | |
|---|---|
| WILLIAM ANDREW ESTES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| JAMES HARDY, Warden, Nash ) | |
| Correctional Institution, ) | |
| Nashville, North Carolina, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on the Petitioner's application pursuant to 28 U.S.C. § 2254 for a writ of habeas corpus.

After review of the petition, the Court is of the opinion the State should file answer to the issues raised therein.

**IT IS, THEREFORE, ORDERED** that the Respondent file answer or other response on or before 45 days from entry of this Order.

**IT IS FURTHER ORDERED** that the Petitioner file his memorandum of law within 20 days from entry of this Order.

Signed: August 24, 2006

Lacy H. Thornburg
United States District Judge