# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

### CIVIL NO. 2:06CV19

| | |
|---|---|
| WILLIAM ANDREW ESTES, ) <br> ) <br> Petitioner, ) <br> ) <br> Vs. ) <br> ) <br> JAMES HARDY, Warden, Nash ) <br> Correctional Institution, ) <br> Nashville, North Carolina, ) <br> ) <br> Respondent. ) <br> _____ ) | **J U D G M E N T** |

For the reasons set forth in the Memorandum of Opinion filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Respondent's motion for summary judgment is **ALLOWED**, the Petitioner's motion for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: January 8, 2007

Lacy H. Thornburg
United States District Judge